UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CESAR FERNANDEZ-RODRIGUEZ,

                              Defendant.

------------------------------------x

ORDER

20 Crim. 43-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The April 22, 2020 conference is adjourned to July 8, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE