UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CESAR FERNANDEZ-RODRIGUEZ,

                       Defendant.

------------------------------------- x

ORDER

20 Crim. 43-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for emergency bail is denied.

Dated: New York, New York
      April 7, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge