UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

CESAR FERNANDEZ-RODRIGUEZ,

Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 7 2021

ORDER

20 Crim. 43-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's letter request for a 60-day adjournment of sentencing, with consent of the Government, (ECF No. 56), is GRANTED. Defendant's sentencing is adjourned from June 16, 2021 until August 18, 2021 at 10:00 a.m. This sentencing will take place in person.

The Clerk of Court is directed to close Defendant's letter motion at ECF No. 56.

Dated: New York, New York
June 8, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge