```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 3 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

CESAR FERNANDEZ-RODRIGUEZ,

    Defendant.
------------------------------------- x

ORDER

20 Crim. 43-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's letter request for a 14-day adjournment of sentencing, with consent of the Government, (ECF No. 65), is GRANTED. Defendant's sentencing is adjourned from August 18, 2021 to September 8, 2021 at 10:30 a.m. This sentencing will take place in person.

The Clerk of Court is directed to close Defendant's letter motion at ECF No. 65.

Dated: New York, New York
      August 3, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge