

**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

September 28, 2021

By ECF

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED
The sentencing is adjourned from
October 6, 2021 to October 20, 2021 at 10:30 a.m.

OCT 0 4 2021

*[signature]* George B. Daniels

HON. GEORGE B. DANIELS

     Re: <u>United States v. Cesar Fernandez-Rodriguez</u>,
       20 CR 43 (GBD)

Your Honor,

As the Court is aware Mr. Fernandez-Rodriguez sentencing is scheduled for October 6, 2021. I am writing with the Government's consent to most respectfully ask that the sentencing be adjourned one last time for a short period of time. The defense has had a harder time than usual getting some information necessary for sentencing.

I apologize for the short notice but I thought this letter had been filed a few weeks ago but there were technology problems that went unnoticed by my office. Thank you very much for your consideration of this matter and the defense apologizes for any inconvenience this unavoidable and necessary request has caused the Court.

Most Respectfully,

*[signature]*

David Touger, Esq.