

**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

October 4, 2021

By ECF

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

OCT 1 3 2021

SO ORDERED

The sentencing is adjourned from October 20, 2021 to November 3, 2021 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: <u>United States v. Cesar Fernandez-Rodriguez</u>,
    20 CR 43 (GBD)

Your Honor,

First, let me thank the Court for rescheduling the sentence of Mr. Fernandez-Rodriguez at my request. Secondly, however, the date the Court selected I already have a sentence scheduled out of town thus, I would most respectfully request the Court re-schedule the sentencing for any of the following dates: October 27th, 28th, November 3rd or November 4th. I am truly sorry for any inconvenience this request is causing the Court.

Most Respectfully,

David Touger, Esq.